**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0066** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **CHARLES BENNETT** | : | |

## **ORDER**

AND NOW, this 29th day of April, 2008, upon consideration of the motion (Doc. 60) for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), filed by defendant, and it appearing that defendant is presently represented by counsel (see Doc. 62), and that counsel has filed a motion for sentence reduction (Doc. 66), it is hereby ORDERED that the *pro se* motion for sentence reduction (Doc. 60) is DENIED as moot.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge